854

No. 1146. Ivusich v. Cunard White Star, Ltd. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Jacob Rassner* and *George J. Engelman* for petitioner.

No. 1186. Dure, Trustee, et al. v. Glazebrook et al. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *James H. Price* for petitioners. *Leonard D. Adkins, W. R. C. Cocke* and *Harold J. Gallagher* for respondents.

No. 1199. Century Indemnity Co. v. Arnold et al. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John Wilson Hood* for petitioner. *Bertrand L. Pettigrew* for respondents.

No. 1034. George F. Driscoll Co. v. United States. May 27, 1946. Petition for writ of certiorari to the Court of Claims denied. *Joseph J. Cotter, James C. Rogers* and *Arthur J. Phelan* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States. By special leave of Court, a brief was filed by *Allen Pope* (a layman), as *amicus curiae,* in support of the petition.

No. 1126. Goldblatt Bros., Inc. v. Walling, Wage & Hour Administrator. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the